United States District Court
Southern District of Texas
**ENTERED**
February 03, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ERICK SCOTT BLACKWOOD-HEAD, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § MISC. NO. 2:25-MC-00016 |
| | § |
| HARRIS COUNTY SHERIFFS OFFICE, *et al.*, | § |
| | § |
| | § |
| Defendants. | § |

## OPINION AND ORDER OF TRANSFER

Erick Scott Head, proceeding *pro se*, filed this civil rights action. Plaintiff currently resides in Corpus Christi, Texas. (D.E. 1). However, the events forming the basis for this lawsuit occurred in Houston, Texas and Mayville, New York. (D.E. 1).

A civil action wherein jurisdiction is not founded solely on diversity of citizenship may be brought in (1) a judicial district where any defendant resides, if all defendants reside in the same state, or (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). In addition, for the convenience of parties and witnesses, and in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought. 28 U.S.C. § 1404(a).

In this case, the events about which Plaintiff complains occurred in Harris County, Texas and Chautauqua, New York, and the Defendants are located in those counties, respectively. (D.E. 1). Harris County is located in the Houston Division of the Southern District of Texas. 28 U.S.C. § 124(b)(2). There is no nexus to the Corpus Christi Division of the Southern District of Texas. The interests of justice would be served by a transfer to the Houston Division of the Southern District of Texas.[1]

Accordingly, it is **ORDERED** that this case be transferred to the United States District Court for the Southern District of Texas, Houston Division. The Clerk of Court is directed to **CLOSE** this case.

ORDERED on January 31, 2025.

_____
Jason B. Libby
United States Magistrate Judge

---

[1] The undersigned leaves it to the discretion of the screening judge to determine whether any claims should be severed or whether transfer to a district court in New York is more appropriate.